UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX JOE GONZALEZ, | No. 2:18-cv-2009-TLN DB (PC) |
| Plaintiff, | |
| v. | ORDER |
| KING, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Following the close of discovery, plaintiff moved to proceed to trial. Because this case has since been set for trial (see ECF No. 39), IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 31) is DENIED as moot.

Dated: September 23, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/gonz2009.misc

1