UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX JOE GONZALEZ, | No. 2:18-cv-2009-TLN DB (PC) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| KING, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Following the close of discovery, plaintiff moved to proceed to trial. Because this case has since been set for trial (<u>see</u> ECF No. 39), IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 34) is DENIED as moot.

Dated: September 23, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/gonz2009.misc

1