UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX JOE GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>KING, et al.,<br><br>    Defendants. | No. 2:18-cv-2009 TLN DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff moves the Court for an order directing the return of his legal documents from another inmate, Patterson, who had been helping plaintiff prosecute this case. Plaintiff is unable to communicate with this inmate directly because plaintiff is housed in the segregation unit. He seeks an order directing officials at Mule Creek State Prison to have inmate Patterson escorted from "A" yard to "C" yard to return plaintiff's documents. Plaintiff does not specify to which person(s) this request would be directed, and the Court cannot issue an order against an individual who is not a party to a suit pending before it. See Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100 (1969). His request must therefore be denied. In addition, since filing this motion, plaintiff has filed two other motions and his pretrial statement, suggesting that he is now in receipt of his legal documents.

1    Based on the foregoing, IT IS HEREBY ORDERED that plaintiff's motion for a court
2    order (ECF No. 31) is DENIED.
3    Dated: September 23, 2020

/DLB7;
DB/Inbox/Routine/gonz2009.misc2

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE